ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PATIENCE OYOYO AND<br>DR. KEVIN OYOYO, | § § § § | |
| Plaintiffs, | § | |
| v. | § § | Civil Action No. 3:99-CV-0569-L |
| BAYLOR HEALTH NETWORK, INC., | § § § | |
| Defendant. | § | |

## JUDGMENT

This judgment is entered pursuant to the court's memorandum opinion and order of May 17, 2000. It is therefore ORDERED, ADJUDGED, and DECREED that Plaintiffs take nothing by their suit against Defendants. Plaintiff Patience Oyoyo's claims for race discrimination, national origin discrimination, invasion of privacy, and intentional infliction of emotional distress, and Plaintiff Kevin Oyoyo's loss of consortium claim are hereby dismissed with prejudice. Plaintiff Patience Oyoyo's sex and age discrimination claims are dismissed without prejudice. All costs are taxed against Plaintiffs.

Signed this 17th day of May, 2000.

_____
Sam A. Lindsay
United States District Judge